UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMO HARRIS BANK N.A, <br><br>                             Plaintiff(s), <br><br>                    v. <br><br> RADIUM2 CAPITAL, LLC, <br><br>                             Defendant(s). | 22-CV-8328 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 18, 2023
       New York, New York

 

_____
DALE E. HO
United States District Judge