## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BMO HARRIS BANK N.A.,

                     Plaintiff,

    -against-                                        22 **CIVIL** 8328 (DEH)

## **JUDGMENT**

RADIUM2 CAPITAL, LLC,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 21, 2024, Radium's motion to dismiss is GRANTED as to all counts. BMO's motion to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 22, 2024

                                                **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                              **BY:**      *K. Mango*

                                                   **Deputy Clerk**